

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tam Phan Nguyen | Civil Action No.   20-cv-02391-WVG |
| Plaintiff, | |
| V. | |
| Andrew Saul Commisioner, Social Security Administration | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART and DENIES IN PART the Joint Motion for Judicial Review. This case is REMANDED for further proceedings consistent with this order.

On remand, the ALJ should provide due consideration to opinions of treating and examining physicians in light of "the length of the treatment relationship and the frequency of examination, the nature and extent of the treatment relationship, supportability, and consistency with the record." Revels, 874 F.3d at 654 (citing 20 CFR § 404.1527(c)(2)-(6)). If the ALJ rejects these opinions, he must provide "specific and legitimate" reasons for doing so. Likewise, the ALJ must reevaluate credibility determinations in light of all available evidence.

Date:   2/28/23

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  L. Sotelo

L. Sotelo, Deputy