UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM PHAN NGUYEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-CV-2391-WVG<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR EAJA FEES** |

　　　　Before the Court is Tam Phan Nguyen's ("Plaintiff") *Ex Parte* Application for EAJA Fees ("Application"). (Doc. No. 32.) Plaintiff moves the Court for an award of attorney fees in the amount of $34,125.35 and $1,500.00 in costs pursuant to the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412. The Acting Commissioner of Social Security ("Defendant") opposes Plaintiff's Application for its prematurity. (Doc. No. 33.) Having reviewed and considered the Parties' respective positions, the Court agrees with Defendant that Plaintiff's Application is premature.

　　　　In relevant part, Rule 4(a) of the Federal Rules of Appellate Procedure ("Rule 4(a)") provides a "notice of appeal may be filed by any party within 60 days after entry of the judgment" where the government is a party to the action, as here. Further, the Court issued its Order on the Parties' Joint Motion for Judicial Review of Final Decision of the Commissioner of Social Security ("Dispositive Order") on February 27, 2023, and

remanded the Action for further proceedings. (Doc. No. 30.) Consistent with the Court's Dispositive Order, judgment in this case was entered on February 28, 2023. (Doc. No. 31.) Thus, pursuant to Rule 4(a), judgment is not yet final in this matter and will not be until 60 days from February 28, 2023. Accordingly, the Court DENIES Plaintiff's *Ex Parte* Application without prejudice.

If at all, Plaintiff shall renew his Application after judgment is finalized. To that end, the Court encourages the Parties to make good faith efforts to resolve the matter of fees and costs amongst themselves and promptly proceed with filing a Joint Motion for EAJA Fees if resolution is reached. Finally, the Court cautions Plaintiff that, if he elects to renew his Application, he shall be scrupulous in accounting for the entirety of the fees and costs sought and be prepared to substantiate time entries upon the Court's request.

**IT IS SO ORDERED.**

DATED: March 24, 2023

Hon. William V. Gallo
United States Magistrate Judge