UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM PHAN NGUYEN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No.: 20-CV-2391-WVG<br><br>**ORDER FOR MEET AND CONFER ON ATTORNEY FEES AND SETTING DEADLINE TO LODGE JOINT STATUS REPORT OR FILE JOINT MOTION FOR EAJA FEES** |

Before the Court is Tam Phan Nguyen's ("Plaintiff") request for an award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412. On March 23, 2023, Plaintiff filed an *Ex Parte* Application for EAJA Fees ("Initial Application"), which this Court denied without prejudice in its March 27, 2023 Order. (Doc. Nos. 32, 34.) In relevant part, the Court denied the Initial Application as premature because judgment was not yet final. (*Id*.) To that end, the Court ordered the Parties "to make good faith efforts to resolve the matter of fees and costs amongst themselves and promptly proceed with filing a Joint Motion for EAJA Fees if resolution is reached." (Doc. No. 34, 2:7-9.) To date, no such resolution appears to be reached. In Plaintiff's counsel's attempt to file a renewed *Ex Parte* Application today, and upon request from this Court, she advised of the Parties' current demand and counteroffer. Having so heard, the Court is displeased with the lack of

any meaningful negotiation between the Parties, particularly because there appears to be no willingness to adjust settlement positions on either side.

Given the circumstances, the Court ORDERS the Parties to engage in a good faith meet and confer effort to informally resolve the instant fee dispute. The meet and occur effort shall occur exclusively by phone, video, or in person; meeting and conferring by written correspondence is not acceptable under any circumstance. To that end, **no later than 5:00 p.m. on Monday, May 15, 2023**, the Parties shall lodge a joint status report detailing their meet and confer efforts, inclusive of the Parties' exchange of settlement demands and counteroffers and identification of what specific issues impede a stipulation to an award of attorney fees in this matter. Should the Parties resolve their dispute in its entirety, they shall promptly proceed with filing a Joint Motion for EAJA Fees **no later than 5:00 p.m. on Monday, May 15, 2023**, in lieu of lodging the joint status report noted above.

**IT IS SO ORDERED.**

DATED: May 5, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge